UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

MICHANGLO SMITH                                                                PLAINTIFF

V.                                                      CIVIL ACTION NO. 3:07CV691 DPJ-JCS

MALCOLM E. MCMILLIN, ET AL.                                                  DEFENDANTS

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 12th day of March, 2009.

                    s/ *Daniel P. Jordan III*
                    UNITED STATES DISTRICT JUDGE